UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DENNIS K. SUDBERRY,

    Petitioner,                                     3:17-cv-00112-LRH-WGC

vs.

                                          **ORDER**

ISIDRO BACA, *et al.*,

    Respondents.

_____/

On February 21, 2017, Dennis K. Sudberry, who is apparently a prisoner at the Northern Nevada Correctional Center, submitted for filing a petition for writ of habeas corpus (ECF No. 1-1) and what appears to be a financial certificate meant to support an application to proceed *in forma pauperis* (ECF No. 1-2).

Sudberry has not paid the $5 filing fee for this action, and, while he submitted a financial certificate apparently meant to support an application to proceed *in forma pauperis*, he did not submit an actual application to proceed *in forma pauperis*. Furthermore, Sudberry's habeas petition is not on a form approved by the Court.

For these reasons, this case will be summarily dismissed, without prejudice to Sudberry initiating a new habeas corpus action in this court if that is his intention. If Sudberry wishes to initiate a habeas corpus action, he must submit a fully completed petition for writ of habeas corpus

///

on a correct form, together with payment of the correct filing fee or an application to proceed *in forma pauperis* on a correct form and fully completed.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that petitioner is denied a certificate of appealability.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall enter judgment accordingly.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall send to petitioner, along with a copy of this order, two copies of the form for a petition for a writ of habeas corpus, and two copies of the form for an application to proceed *in forma pauperis* for a prisoner, and any available instructions regarding those forms.

Dated this 17th day of March, 2017.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE